```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 39063
    ROCHELLE M MARTIN
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-4311

----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 10/20/2004 and was confirmed 01/12/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  63.35%.

    The case was paid in full 01/10/2008.
----------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
----------------------------------------------------------------------
B&F AUTO CLINIC           UNSECURED        5859.44            .00        3711.60
CHASE MANHATTAN MTG CORP  SECURED NOT I   NOT FILED          .00            .00
CHASE HOME MORTGAGE       NOTICE ONLY     NOT FILED          .00            .00
CHASE MANHATTAN MTG CORP  SECURED NOT I   NOT FILED          .00            .00
ILLINOIS TITLE LOANS      SECURED          2000.00           .00        2000.00
AT & T BANKRUPCTY         UNSECURED        4295.75           .00        2721.14
SBC ILLINOIS              NOTICE ONLY     NOT FILED          .00            .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED          .00            .00
AT & T BANKRUPCTY         UNSECURED         102.66           .00          65.03
B&F AUTO CLINIC           NOTICE ONLY     NOT FILED          .00            .00
BANK ONE                  UNSECURED       NOT FILED          .00            .00
BARONS CREDITORS SERVICE  UNSECURED       NOT FILED          .00            .00
BRIAN LIPSON              UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO PARKING   UNSECURED         940.00           .00         595.44
COMMONWEALTH EDISON       UNSECURED       NOT FILED          .00            .00
VILLAGE OF DOLTON         UNSECURED       NOT FILED          .00            .00
EMPRESS RIVER CASINO      UNSECURED       NOT FILED          .00            .00
RESURGENT ACQUISITION LL  UNSECURED        1555.56           .00         985.37
FIRST CONSUMERS NATL BAN  NOTICE ONLY     NOT FILED          .00            .00
IL DEPT OF EMPLOYMENT SE  UNSECURED       NOT FILED          .00            .00
MCI WORLD COM             UNSECURED       NOT FILED          .00            .00
NICOR GAS                 UNSECURED         784.91           .00         497.20
PRIMARY FINANCIAL SERVIC  UNSECURED       NOT FILED          .00            .00
SPRINT                    UNSECURED       NOT FILED          .00            .00
SPRINT PCS                NOTICE ONLY     NOT FILED          .00            .00
TELECHECK                 UNSECURED       NOT FILED          .00            .00
TELECHECK SERVICES        NOTICE ONLY     NOT FILED          .00            .00
UNIVERSITY OF ILLINOIS M  UNSECURED       NOT FILED          .00            .00
WOMENS WORKOUT WORLD COR  UNSECURED       NOT FILED          .00            .00
WOMANS WORKOUT WORLD      NOTICE ONLY     NOT FILED          .00            .00
CITIBANK                  UNSECURED       NOT FILED          .00            .00
MORTGAGE ELECTRONIC       NOTICE ONLY     NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 39063 ROCHELLE M MARTIN
```

```
HELLER & RICHMOND~         DEBTOR ATTY        .00                           .00
TOM VAUGHN                 TRUSTEE                                       620.22
DEBTOR REFUND              REFUND                                         95.00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 11,291.00

PRIORITY                                             .00
SECURED                                         2,000.00
UNSECURED                                       8,575.78
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                             620.22
DEBTOR REFUND                                     95.00
                        ---------------    ---------------
TOTALS                  11,291.00              11,291.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 04/23/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE